IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHANTOVIA JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-1687-N |
| | § | |
| CHICK AND SEAFOOD, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM OPINION AND ORDER

This Order addresses Plaintiff Chantovia Jackson's motion for leave to file second amended complaint [26].  As Defendants have not filed a response, the Court treats the motion as unopposed.  Accordingly, the Court grants the motion.

Signed June 29, 2023.

_____
David C. Godbey
Chief United States District Judge

ORDER – SOLO PAGE