IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHANTOVIA JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-1687-N-BN |
| | § | |
| CHICK AND SEAFOOD INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore ORDERS the following:

- Defendant Chick and Seafood Inc.'s answer [Dkt. No. 8] and Defendant Grand HBL, LLC's answer [Dkt. No. 21] are STRICKEN;

- both Defendants Chick and Seafood Inc. and Grand HBL, LLC are determined to be in DEFAULT;

- The Clerk of Court is DIRECTED, pursuant to Federal Rule of Civil Procedure 55(a), TO ENTER DEFAULT AGAINST Defendants Chick and Seafood Inc. and Grand HBL, LLC; and

- Plaintiff Chantovia Jackson SHALL MOVE, by no later than a date 30

days from the date of entry of this order, for default judgment against Defendants Chick and Seafood Inc. and Grand HBL, LLC for failure to appear by and through counsel.

SO ORDERED this 17th day of November, 2023.

_____
**David C. Godbey**
**Chief United States District Judge**