IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHANTOVIA JACKSON, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:22-cv-1687-N-BN |
| CHICK AND SEAFOOD INC., ET AL., | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge David L. Horan made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore GRANTS the motions for default judgment [Dkt. Nos. 41, 48, & 51] against Defendants Chick and Seafood Inc., Grand HBL, LLC, Linda Henderson, and Amjad Elatrash. And this matter remains referred to Judge Horan for pretrial management, to determine the damages to be awarded, to allow the Court to enter a final judgment.

SO ORDERED this 12th day of July, 2024.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE