IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHANTOVIA JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-1687-N |
| | § | |
| CHICK AND SEAFOOD INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AS SUPPLEMENTED**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case that he then supplemented. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 15th day of September, 2025.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE